UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN T. SESSIONS; HISTORIC FLIGHT FOUNDATION, a Washington nonprofit corporation; and FWF LTD., a Washington corporation,<br><br>           Plaintiffs,<br>    v.<br><br>UMB BANK, N.A., a foreign corporation,<br><br>           Defendant. | CASE NO. 2:21-cv-01490-LK<br><br>ORDER OF DISMISSAL |

Having considered defendant and counterclaim plaintiff UMB Bank, N.A.'s response, Dkt. No. 46, to the Court's order to show cause regarding jurisdiction, Dkt. No. 45, and all other relevant materials in the record, the Court finds that it lacks jurisdiction over this case for the reasons laid out in its prior order.

This case is accordingly DISMISSED without prejudice to any other proceedings relating to the judgment of the District Court of the State of North Dakota, County of Williams Northwest Judicial District, in *UMB Bank, N.A. v. Eagle Crest Apartments, LLC, et al.*, Case No. 53-2019-CV-01045, including but not limited to actions to enforce that judgment.

ORDER OF DISMISSAL - 1

1 | Dated this 26th day of April, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL - 2